FERRER ET AL., PLAINTIFFS AND APPELLANTS, *v.* TORRUELLA ET AL., DEFENDANTS AND RESPONDENTS.

APPEAL from the District Court of Ponce in an Action for Annulment and Cancellation.

ON Appeal to the Supreme Court of the United States.

MOTION by Appellants that a Statement of the Case be Prepared in the Form of a Special Verdict.

No. 912.—Decided February 11, 1915.

APPEAL TO SUPREME COURT OF UNITED STATES—APPEAL AND ERROR.—In accordance with the Act of Congress of the United States of April 7, 1874, chapter 80, section 2 (18 Stat., 27, 28), regulating appeals and writs of error from the supreme courts of the Territories to the Supreme Court of the United States, when a case has been decided on complaint and demurrer without going to trial and there are no facts or evidence to be certified to, no statement of the case in the nature of a special verdict is required because the pleadings of the parties are sufficient for the purposes of the appeal.

The facts are stated in the decision.

*Mr. Alfredo Arnaldo* for the appellants

The respondents did not appear.

BY THE COURT.

WHEREAS, The Act of Congress of the United States of April 7, 1874, chapter 80, section 2 (18 Stat., 27, 28), regulating appeals and writs of error from the supreme courts of the Territories, provides:

"That on appeal, instead of the evidence at large, a statement of the facts of the case in the nature of a special verdict, and also the

rulings of the court on the admission or rejection of evidence when excepted to, shall be made and certified to by the court below and transmitted to the Supreme Court together with the transcript of the proceedings and judgment or decree.''

WHEREAS, The present case was decided on complaint and demurrer without going to trial and there are no facts to be certified to;

THEREFORE, No statement of the case in the nature of a special verdict is required because the pleadings of the parties are sufficient for the purposes of the appeal.

*Motion overruled.*